UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EARL J. ROBBINS,

    Plaintiff,

  v.

JOE LIZARRAGA, Acting Warden, et al.,

    Defendants.

Case No. 14-cv-03545-YGR (PR)

**ORDER OF TRANSFER**

    Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

    The acts complained of occurred at Mule Creek State Prison, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

DATED: August 18, 2014

YVONNE GONZALEZ ROGERS
United States District Judge

P:\PRO-SE\YGR\CR.14\Robbins3545.transfer.docx